IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY HILLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:22-cv-00043 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| DFA DAIRY BRANDS FLUID, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 28, "Stipulation"), which was signed by counsel for all parties and filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE